Action Requested - Judge Needs Assigned    **SCANNED**

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. David Ari Treser                           Docket No. 00-00044-004

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David Ari Treser, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 15th day of December 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall be placed on home detention for 6 months. (Completed)
- The defendant shall provide the probation officer with any requested financial information.
- The defendant shall pay restitution of $420 (Jointly and severally) at the rate of 5 percent of his gross monthly income. (Paid in full by co-defendant)
- The defendant shall notify the U. S. Attorney of any address change while restitution remains unpaid.
- The defendant shall submit to urinalysis as directed and shall participate in a substance abuse treatment program as directed.
- The defendant shall pay a special assessment of $100. (Remains unpaid)

| | |
|---|---|
| 12-15-00: | Conspiracy to Make and Pass Counterfeit U. S. Currency; 3 years' probation. |
| 02-21-01: | Case removed to inactive status due to state imprisonment. |
| 02-28-03: | Probation supervision resumes; Currently supervised by U. S. Probation Officer Jeffrey Birt |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of probation:

**The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**

**The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.**

Mr. Treser's whereabouts is unknown. He moved from his father's home without providing the Probation Office with his new address. He has failed to report as directed. He has not submitted a monthly report form since January 2001.

**FILED**

14 2005

CLERK U. S. DISTRICT COURT
ST. DIST. OF PENNSYLVA

U.S.A. vs. David Ari Treser
Docket No. 00-00044-004
Page 2

**It is ordered that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.**

To date, the defendant has not paid the $100 special assessment.

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the probationer for alleged violation of supervision and that bond be set at $5,000 straight.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 12th day of Nov., 20 05 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Executed on  11-16-2005

_____
Jeffrey A. Birt
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:     Pittsburgh, Pennsylvania