# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
|  | CRIMINAL DOCKET NUMBER | Criminal No. 00 - 44 |
| DAVID ARI TRESER | DATE OF INDICTMENT | |
|  | STATUTE: | Supervised Release Violation |

DATE ARRESTED: 11/22/2005

## INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN<br>[ ] MITCHELL<br>[ ] HAY | [ ] CAIAZZA<br>[ ] BAXTER<br>[ ] PESTO | Date: 11/23/2005<br>Time: 9:58 - 10:10 | Cassette Tape #<br>Tape Index: |

U.S. ATTORNEY: Brendan Conway

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT INFORMATION:
   - [X] Read   [X] Summarized   [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

**FILED**
**NOV 23 2005**
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PA

3. ACT & PENALTIES
   - [X] Read   [X] Summarized   [ ] Reading waived

4. COUNSEL
   - [X] Defendant requested appointment   [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [X] Affidavit executed.
   - [ ] Not Qualified   [X] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: _____
   - Bond Set at:
   - [ ] By Consent   [ ] Additional Conditions Imposed: _____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued   [ ] Final Commitment issued
   - Bond Review Hearing Set For: _____
   - Detention Hearing Set For: _____

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Rule 40/Arraignment set for: _____   Before Magistrate _____

ADDITIONAL COMMENTS:
Deft - will wait for hearing to be scheduled by Judge Schwab.