IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 00-44 |
| | ) |
| DAVID ARI TRESER | ) |

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this 29th day of Nov, 2005, the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, phone number (412)644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:   Michael J. Novara

PA Attorney ID # 66434

_____
Lisa Pupo Lenihan
United States Magistrate Judge