IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-044 |
| | ) | (ELECTRONICALLY FILED) |
| DAVID ARI TRESER | ) | |

**NOTICE OF CHANGE OF APPEARANCE OF COUNSEL**

NOTICE is hereby given that Brendan T. Conway, Assistant United States Attorney, is replacing Stephen R. Kaufman, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/ Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 894-7311 (Fax)
brendan.conway@usdoj.gov
PA78726