IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | Criminal No. 00-0044-004 |
| ) | **Electronically Filed** |
| DAVID TRESER                    ) | |

## ORDER OF COURT

**AND NOW**, before this Court is a Petition on Probation as to David Treser dated November 10, 2005. **IT IS ORDERED** that the probationer shall appear to show cause why probation should not be revoked on **January 23, 2006 at 11:00 AM** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

Furthermore, on or before **January 18, 2006** the probation officer shall provide the Court with (1) a probation violation worksheet and (2) a recommendation as to an appropriate sentence if revocation is granted.

SO ORDERED this 10th day of January, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record

Brendan T. Conway, AUSA
United States Attorney's Office

Michael J. Novara, Esquire
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222

United States Marshal Office
United States Probation Office