IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 00-0044-004** |
| | ) | **Electronically Filed** |
| **DAVID TRESER** | ) | |

## AMENDED JUDGMENT ORDER

AND NOW, following a hearing on the Petition on Probation (document no. 59), the Court finds that defendant *did violate* Conditions of Supervision imposed at Criminal No. 00-44-004. Therefore, the sentenced imposed by Honorable Robert J. Cindrich, dated December 19, 2000, is modified as follows:

- Defendant is remanded to the custody of the United States Marshal.
- Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of five (5) months (with credit for time served), with no additional supervision to follow.

In all other respects, the Judgment and Commitment Order dated December 19, 2000, remains in full force and effect.

**SO ORDERED** this 23rd day of January, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record as listed below

Brendan T. Conway, Assistant United States Attorney
United States Attorney's Office

Michael J. Novara, Esquire
Federal Public Defender's Office

United States Marshal Office
United States Probation Office